UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZANA SHEIKH, M.D., | No. 2:15-cv-1773 TLN AC PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| HON. LESLIE D. HOLLAND, Presiding Judge San Joaquin County Court, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 29, 2016, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations. (ECF No. 7.)

The Court has reviewed the file, including Plaintiff's objections, and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.[1]

---

[1] On February 10, 2016, Plaintiff paid the applicable filing fee and summons issued in this action. (ECF No. 6.) Nonetheless, a federal court "ha[s] an independent obligation to address sua

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed January 29, 2016 (ECF No. 5) are adopted in full;
2. Plaintiff's August 21, 2015 application to proceed in forma pauperis (ECF No. 2) is denied;
3. Plaintiff's August 21, 2015 complaint (ECF No. 1) is dismissed without leave to amend; and
4. This action is dismissed.

Dated: March 18, 2016

Troy L. Nunley
United States District Judge

---

sponte whether [it] has subject-matter jurisdiction." Dittman v. California, 191 F.3d 1020, 1025 (9th Cir. 1999).

2