# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **FARZANA SHEIKH,** |  |
|  | CASE NO: **2:15–CV–01773–TLN–AC** |
| v. |  |
| **LESLIEY D. HOLLAND, ET AL.,** |  |

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/2016**

 

**Marianne Matherly**
Clerk of Court

ENTERED: **March 21, 2016**

by: /s/ G. Michel
Deputy Clerk